1  BRIGGS LAW CORPORATION [BLC file: 243.01]
   Cory J. Briggs (DC Bar no. 464923)
2  99 East "C" Street, Suite 111
   Upland, CA 91786
3  Telephone: 909-949-7115

4  Attorneys for Plaintiffs Save Our Heritage Organisation
      and Friends of the U.S.-Mexico Border Environment

5

6

7                    UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF COLUMBIA

9

10  SAVE OUR HERITAGE ORGANISATION and )    CASE NO. _____
    FRIENDS OF THE U.S.-MEXICO BORDER )
11  ENVIRONMENT,                        )
                                        )   **PLAINTIFFS' DISCLOSURE**
12                    Plaintiffs,        )   **STATEMENT PURSUANT TO RULE**
                                        )   **7.1 OF THE FEDERAL RULES OF**
13        vs.                           )   **CIVIL PROCEDURE**
                                        )
14  ALBERTO R. GONZALEZ, in his official capacity )
    as Attorney General of the United States; U.S. )
15  DEPARTMENT OF JUSTICE; MICHAEL )
    CHERTOFF, in his official capacity as Secretary of )
16  the U.S. DEPARTMENT OF HOMELAND )
    SECURITY; U.S. DEPARTMENT OF )
17  HOMELAND SECURITY; W. RALPH BASHAM, )
    in his official capacity as Commissioner of the U.S. )
18  CUSTOMS AND BORDER PROTECTION; U.S. )
    CUSTOMS AND BORDER PROTECTION; JULIE )
19  L. MYERS, in her official capacity as Assistant )
    Secretary of Homeland Security for the U.S. )
20  IMMIGRATION AND CUSTOMS )
    ENFORCEMENT; U.S. IMMIGRATION AND )
21  CUSTOMS ENFORCEMENT; EMILIO T. )
    GONZALES, in his official capacity as Director of )
22  the U.S. CITIZENSHIP AND IMMIGRATION )
    SERVICES; and U.S. CITIZENSHIP AND )
23  IMMIGRATION SERVICES,              )
                                        )
24                    Defendants.        )

25

26        Neither Plaintiff SAVE OUR HERITAGE ORGANISATION nor Plaintiff FRIENDS OF THE

27  U.S.-MEXICO BORDER ENVIRONMENT has any parent or subsidiary corporation, and neither

28  Plaintiff is a publicly held corporation.

1  Date: February 8, 2007.    Respectfully submitted,

2             BRIGGS LAW CORPORATION

3

4         By:

            Cory J. Briggs

5

6            Attorneys for Plaintiffs Save Our Heritage Organisation
            and Friends of the U.S.-Mexico Border Environment

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28