BRIGGS LAW CORPORATION [BLC file: 243.01]
Cory J. Briggs (DC Bar no. 464923)
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115

Attorneys for Plaintiffs Save Our Heritage Organisation
and Friends of the U.S.-Mexico Border Environment

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE OUR HERITAGE ORGANISATION and FRIENDS OF THE U.S.-MEXICO BORDER ENVIRONMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTO R. GONZALEZ, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; MICHAEL CHERTOFF, in his official capacity as Secretary of the U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; W. RALPH BASHAM, in his official capacity as Commissioner of the U.S. CUSTOMS AND BORDER PROTECTION; U.S. CUSTOMS AND BORDER PROTECTION; JULIE L. MYERS, in her official capacity as Assistant Secretary of Homeland Security for the U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; EMILIO T. GONZALES, in his official capacity as Director of the U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO. 1:07-CV-00308-RCL<br><br>**JOINT MOTION TO POSTPONE PLAINTIFFS' DEADLINE FOR FILING OPPOSITION TO MOTION TO DISMISS** |

For the following reasons, Plaintiffs and Defendants, by and through their respective attorneys of record, jointly move as follows for an order postponing Plaintiffs' deadline for filing an opposition to Defendants' pending motion to dismiss:

1. Defendants' motion to dismiss was served on Plaintiffs' attorney of record on April 20, 2007.

2. Under Local Rule LCvR 7(b), Plaintiffs' opposition to the motion to dismiss must be filed and served no later than May 1, 2007.

3. Due to commitments made prior to receipt of the motion to dismiss, Plaintiffs' attorney of record will be out of town or otherwise unavailable from April 27 until May 2, 2007.

4. Under the circumstances, Plaintiffs and Defendants agree that it is reasonable to postpone Plaintiffs' deadline for filing their opposition to the motion to dismiss until May 7, 2007.

5. Plaintiffs and Defendants further agree that it is reasonable to postpone Defendants' deadline for filing their reply to the opposition until May 21, 2007.

FOR ALL THESE REASONS, Plaintiffs and Defendants jointly move for an order postponing Plaintiffs' and Defendants' respective deadlines as requested above.

Date: April 26, 2007.  Respectfully submitted,

BRIGGS LAW CORPORATION
Cory J. Briggs

By: /s/
  Cory J. Briggs

Attorneys for Plaintiffs Save Our
Heritage Organisation and Friends of
the U.S.-Mexico Border Environment

U.S. DEPARTMENT OF JUSTICE
Kenneth Wainstein
Peter D. Keisler
Kelly A. Johnson
Carl Nichols
Sandra M. Schraibman
Daniel Bensing
Donna S. Fitzgerald

By: _____
  Daniel Bensing

Attorneys for All Federal Defendants

1.     1.     Defendants' motion to dismiss was served on Plaintiffs' attorney of record on April 20, 2007.

2.     2.     Under Local Rule LCvR 7(b), Plaintiffs' opposition to the motion to dismiss must be filed and served no later than May 1, 2007.

3.     3.     Due to commitments made prior to receipt of the motion to dismiss, Plaintiffs' attorney of record will be out of town or otherwise unavailable from April 27 until May 2, 2007.

4.     4.     Under the circumstances, Plaintiffs and Defendants agree that it is reasonable to postpone Plaintiffs' deadline for filing their opposition to the motion to dismiss until May 7, 2007.

5.     5.     Plaintiffs and Defendants further agree that it is reasonable to postpone Defendants' deadline for filing their reply to the opposition until May 21, 2007.

FOR ALL THESE REASONS, Plaintiffs and Defendants jointly move for an order postponing Plaintiffs' and Defendants' respective deadlines as requested above.

Date: April 26, 2007.

Respectfully submitted,

BRIGGS LAW CORPORATION
Cory J. Briggs

By: _____
    Cory J. Briggs

Attorneys for Plaintiffs Save Our Heritage Organisation and Friends of the U.S.-Mexico Border Environment

U.S. DEPARTMENT OF JUSTICE
Kenneth Wainstein
Peter D. Keisler
Kelly A. Johnson
Carl Nichols
Sandra M. Schraibman
Daniel Bensing
Donna S. Fitzgerald

By: _____
    Daniel Bensing

Attorneys for All Federal Defendants

## PROOF OF SERVICE

1.     My name is _____. I am over the age of eighteen. I am employed in the State of California, County of _____.

2.     My _____ business _____ residence address is _____
   _____.

3.     On _____, _____, I served ____ an original copy ____ a true and correct copy of the following documents:_____
   _____
   _____
   _____
   _____

4.     I served the documents on the person(s) identified on the attached mailing/service list as follows:

   ___ ***by personal service***. I personally delivered the documents to the person(s) at the address(es) indicated on the list.

   ___ ***by U.S. mail***. I sealed the documents in an envelope or package addressed to the person(s) at the address(es) indicated on the list, with first-class postage fully prepaid, and then I

       ___ deposited the envelope/package with the U.S. Postal Service

       ___ placed the envelope/package in a box for outgoing mail in accordance with my office's ordinary practices for collecting and processing outgoing mail, with which I am readily familiar. On the same day that mail is placed in the box for outgoing mail, it is deposited in the ordinary course of business with the U.S. Postal Service.

   I am a resident of or employed in the county where the mailing occurred. The mailing occurred in the city of _____, California.

   ___ ***by overnight delivery***. I sealed the documents in an envelope/package provided by an overnight-delivery service and addressed to the person(s) at the address(es) indicated on the list, and then I placed the envelope/package for collection and overnight delivery in the service's box regularly utilized for receiving items for overnight delivery or at the service's office where such items are accepted for overnight delivery.

   ___ ***by facsimile transmission***. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the fax number(s) shown on the list. Afterward, the fax machine from which the documents were sent reported that they were sent successfully.

   ___ ***by e-mail delivery***. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the e-mail address(es) shown on the list. I did not receive, within a reasonable period of time afterward, any electronic message or other indication that the transmission was unsuccessful.

   I declare under penalty of perjury under the laws _____ of the United States _____ of the State of California that the foregoing is true and correct.

       Date: _____, _____    Signature: _____

**MAILING LIST**

Save Our Heritage Organisation *et al.*
v.
Alberto R. Gonzalez *et al.*

U.S. District Court case no. 1:07-CV-00308-RCL

---

Daniel Bensing                                              Attorneys for Federal Defendants
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
E-mail: daniel.bensing@usdoj.gov

Donna S. Fitzgerald                                         Attorneys for Federal Defendants
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
E-mail: donna.fitzgerald@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE OUR HERITAGE ORGANISATION *et al*,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALBERTO R. GONZALEZ *et al.*,<br><br>    Defendants. | CASE NO. 1:07-CV-00308-RCL<br><br>[Proposed]<br>**ORDER ON JOINT MOTION TO POSTPONE PLAINTIFFS' DEADLINE FOR FILING OPPOSITION TO MOTION TO DISMISS** |

The Court, having considered Plaintiffs' and Defendants' joint motion for an order postponing Plaintiffs' deadline for filing an opposition to Defendants' pending motion to dismiss, now grants the motion. Plaintiffs' opposition brief shall be filed and served no later than May 7, 2007, and Defendants' reply brief shall be filed and served no later than May 21, 2007.

IT IS SO ORDERED.


Date:_____        _____
                                                         Judge, U.S. District Court

# PROOF OF SERVICE

1. My name is _____. I am over the age of eighteen. I am employed in the State of California, County of _____.

2. My _____ business _____ residence address is _____
_____.

3. On _____, _____, I served ____ an original copy ____ a true and correct copy of the following documents:_____
_____
_____
_____
_____

4. I served the documents on the person(s) identified on the attached mailing/service list as follows:

   ___ *by personal service*. I personally delivered the documents to the person(s) at the address(es) indicated on the list.

   ___ *by U.S. mail*. I sealed the documents in an envelope or package addressed to the person(s) at the address(es) indicated on the list, with first-class postage fully prepaid, and then I

       ___ deposited the envelope/package with the U.S. Postal Service

       ___ placed the envelope/package in a box for outgoing mail in accordance with my office's ordinary practices for collecting and processing outgoing mail, with which I am readily familiar. On the same day that mail is placed in the box for outgoing mail, it is deposited in the ordinary course of business with the U.S. Postal Service.

   I am a resident of or employed in the county where the mailing occurred. The mailing occurred in the city of _____, California.

   ___ *by overnight delivery*. I sealed the documents in an envelope/package provided by an overnight-delivery service and addressed to the person(s) at the address(es) indicated on the list, and then I placed the envelope/package for collection and overnight delivery in the service's box regularly utilized for receiving items for overnight delivery or at the service's office where such items are accepted for overnight delivery.

   ___ *by facsimile transmission*. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the fax number(s) shown on the list. Afterward, the fax machine from which the documents were sent reported that they were sent successfully.

   ___ *by e-mail delivery*. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the e-mail address(es) shown on the list. I did not receive, within a reasonable period of time afterward, any electronic message or other indication that the transmission was unsuccessful.

   I declare under penalty of perjury under the laws _____ of the United States _____ of the State of California that the foregoing is true and correct.

   Date: _____, _____    Signature: _____

# MAILING LIST

Save Our Heritage Organisation *et al.*
v.
Alberto R. Gonzalez *et al.*

U.S. District Court case no. 1:07-CV-00308-RCL

---

Daniel Bensing                                              Attorneys for Federal Defendants
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
E-mail: daniel.bensing@usdoj.gov

Donna S. Fitzgerald                                         Attorneys for Federal Defendants
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
E-mail: donna.fitzgerald@usdoj.gov