UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE OUR HERITAGE ORGANISATION *et al*, | CASE NO. 1:07-CV-00308-RCL |
| Plaintiffs, | [Proposed] **ORDER ON JOINT MOTION TO POSTPONE PLAINTIFFS' DEADLINE FOR FILING OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| ALBERTO R. GONZALEZ *et al.*, | |
| Defendants. | |

The Court, having considered Plaintiffs' and Defendants' joint motion for an order postponing Plaintiffs' deadline for filing an opposition to Defendants' pending motion to dismiss, now grants the motion. Plaintiffs' opposition brief shall be filed and served no later than May 7, 2007, and Defendants' reply brief shall be filed and served no later than May 21, 2007.

IT IS SO ORDERED.

Date:_____    _____
                                                            Judge, U.S. District Court

## PROOF OF SERVICE

1. My name is _____. I am over the age of eighteen. I am employed in the State of California, County of _____.

2. My _____ business _____ residence address is _____
   _____.

3. On _____, _____, I served ____ an original copy ____ a true and correct copy of the following documents:_____
   _____
   _____
   _____
   _____

4. I served the documents on the person(s) identified on the attached mailing/service list as follows:

   ___ ***by personal service***. I personally delivered the documents to the person(s) at the address(es) indicated on the list.

   ___ ***by U.S. mail***. I sealed the documents in an envelope or package addressed to the person(s) at the address(es) indicated on the list, with first-class postage fully prepaid, and then I

       ___ deposited the envelope/package with the U.S. Postal Service

       ___ placed the envelope/package in a box for outgoing mail in accordance with my office's ordinary practices for collecting and processing outgoing mail, with which I am readily familiar. On the same day that mail is placed in the box for outgoing mail, it is deposited in the ordinary course of business with the U.S. Postal Service.

   I am a resident of or employed in the county where the mailing occurred. The mailing occurred in the city of _____, California.

   ___ ***by overnight delivery***. I sealed the documents in an envelope/package provided by an overnight-delivery service and addressed to the person(s) at the address(es) indicated on the list, and then I placed the envelope/package for collection and overnight delivery in the service's box regularly utilized for receiving items for overnight delivery or at the service's office where such items are accepted for overnight delivery.

   ___ ***by facsimile transmission***. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the fax number(s) shown on the list. Afterward, the fax machine from which the documents were sent reported that they were sent successfully.

   ___ ***by e-mail delivery***. Based on an agreement of the parties or a court order, I sent the documents to the person(s) at the e-mail address(es) shown on the list. I did not receive, within a reasonable period of time afterward, any electronic message or other indication that the transmission was unsuccessful.

   I declare under penalty of perjury under the laws _____ of the United States _____ of the State of California that the foregoing is true and correct.

   Date: _____, _____     Signature: _____

**MAILING LIST**

Save Our Heritage Organisation *et al.*
v.
Alberto R. Gonzalez *et al.*

U.S. District Court case no. 1:07-CV-00308-RCL

---

| | |
|---|---|
| Daniel Bensing<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>E-mail: daniel.bensing@usdoj.gov | Attorneys for Federal Defendants |
| Donna S. Fitzgerald<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>E-mail: donna.fitzgerald@usdoj.gov | Attorneys for Federal Defendants |