UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **SAVE OUR HERITAGE ORGANISATION,** *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0308 (RCL) |
| **ALBERTO R. GONZALEZ,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court, having considered the Joint Motion [5] for an order postponing plaintiffs' deadline for filing an opposition to defendants' pending Motion to Dismiss, now grants the Motion [5]. Plaintiffs' opposition brief shall be filed and served no later than May 7, 2007, and defendants' reply brief shall be filed and served no later than May 21, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 2, 2007.