UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE OUR HERITAGE ORGANIZATION, *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) ALBERTO R. GONZALEZ, in his ) official capacity as Attorney General ) of the United States, *et al.* ) ) Defendants. ) ) | Civil Action No. 07-0308 (RCL) |

### ORDER

Now before the Court comes defendants' motion [3] to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Upon consideration of the motion, plaintiffs' opposition, the reply, the entire record herein, and relevant law, it is hereby

ORDERED that the motion to dismiss is GRANTED. It is further hereby

ORDERED that this case is dismissed with prejudice.

Signed by Royce C. Lamberth, United States District Judge, on February 4, 2008.