BRIGGS LAW CORPORATION [BLC file: 243.01]
Cory J. Briggs (DC Bar no. 464923)
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115

Attorney for Plaintiffs Save Our Heritage Organisation
  and Friends of the U.S.-Mexico Border Environment

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE OUR HERITAGE ORGANISATION *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERTO R. GONZALEZ, in his official capacity as Attorney General of the United States; *et al.*, <br><br> Defendants. | CASE NO. 1:07-CV-00308-RCL <br><br> **PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT** <br><br> Action Filed: February 9, 2007 |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiffs Save Our Heritage Organisation and Friends of the U.S.-Mexico Border Environment respectfully request that judgment in this proceeding be set forth in a separate document as required by Rule 58(a)(1).

Date: April 10, 2008.                Respectfully submitted,

                                     BRIGGS LAW CORPORATION


                            By:      /s/
                                     Cory J. Briggs

                                     Attorney for Plaintiffs Save Our Heritage
                                     Organisation and Friends of the U.S.-
                                     Mexico Border Environment

## CERTIFICATE OF SERVICE

Save Our Heritage Organisation *et al.*
v.
Alberto R. Gonzalez *et al.*

U.S. District Court case no. 1:07-CV-00308-RCL

---

By signing below, I certify that on the date indicated below I served the preceding document entitled **PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT** on the following parties/attorneys in this proceeding via this Court's CM/ECF system, which sends notice of the filing to those parties/attorneys upon successful submission of the document to the system:

| | |
|---|---|
| Daniel Bensing<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>E-mail: daniel.bensing@usdoj.gov | Attorneys for Federal Defendants |
| Donna S. Fitzgerald<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>E-mail: donna.fitzgerald@usdoj.gov | Attorneys for Federal Defendants |

Date: April 11, 2008.            _____/s/_____
                                          Cory J. Briggs