UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAVE OUR HERITAGE ORGANIZATION, *et al.* | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 07-0308 (RCL) |
| ALBERTO R. GONZALEZ, in his official capacity as Attorney General of the United States, *et al.* | ) ) ) ) |  |
| Defendants. | ) ) |  |

## JUDGMENT

Plaintiff's request [12] for entry of judgment is GRANTED.

Judgment is hereby entered, dismissing this case with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 17, 2008.